**5**

**ROYAL INDEMNITY COMPANY v. HADDAD & KAIRAL CONSTRUCTION COMPANY.**

(Circuit Court of Appeals, Sixth Circuit. October 6, 1925.)

No. 4391.

In Error to the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge.

Fraser, Hiett & Wall, of Toledo, Ohio, and H. E. Garling, of Lima, Ohio, for plaintiff in error.

Wheeler & Bentley, of Lima, Ohio, for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.